# AMENDED COMPLAINT

# EXHIBIT A

Exhibit A

CareCore Pre-Authorization Database Screen Shots

| Patient No. | Radiology Management Case No. | Episode Date | Approved/Denied/Hold Date | Insurer/Payor | Plan Type | State | Case Status (A/D) | Padded (y/n) | Time Padded | Level | Reviewer/Padder | CPT Code | Procedure | Journal Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1028191093 | 6/7/2011 | 6/10/2011 | Aetna | Commercial | NY | A | N | | N/A | Stewart, MD | 73718 | MRI Lower Extremity w/o contrast | Certify: immunocompromised |
| 2 | 1035612981 | 7/3/2012 | 7/6/2012 | Aetna | Medicare | NY | A | Y | 2:05 PM | 5 | Coughlin, RN | 74178 | CT ABD & Pelv w/o & w/ contrast | Dx. Abd pain. certify |
| 3 | 1028665249 | 7/5/2011 | 7/7/2011 | Aetna | PPO | NY | A | Y | 9:23 PM | 5 | Chase, LPN | 72148 | MRI Lumbar spine w/o contrast | Evaluate pt for radiculopathy approve |
| 4 | 1029704656 | 8/31/2011 | 9/2/2011 | Aetna-NNJ | Medicare | NJ | A | Y | 5:03 PM | 5 | Davis, RN | 74177 | CT Abdomen & Pelvis w/ | Wt loss>15 pounds, change in bowel habits, lower abdominal pain; evaluate--certify |
| 5 | 1035713330 | 7/10/2012 | 7/12/2012 | Aetna-NNJ | Medicare | NJ | A | Y | 1:27 PM | 5 | Johnson, RN | 72148 | MRI Lumbar Spine w/o contrast | Dx: lumbar pain with right leg pain –certify. |
| 6 | 1028656378 | 7/5/2011 | 7/7/2011 | Aetna-NNJ | Self-Insured | NJ | A | Y | 9:20 PM | 5 | Chase, LPN | 70460 | CT Head/Brain w/ contrast | Evaluate patient for TIA approve |
| 7 | 1028707244 | 7/7/2011 | 7/11/2011 | Affinity | Family Health | NY | D | N | | N/A | Yu, MD | 78452 | MPI Spect Rest/Stress Multiple | Non-Certification Reason: Information received by telephone was reviewed. The history is chest pain with exertion and chest pain that is worse while eating. The description of the pain indicates that there is an intermediate risk of heart problems. The member can exercise. The test might be needed if the member could not exercise on … |
| 8 | 1027830855 | 5/17/2011 | 5/19/2011 | Affinity | Medicaid | NY | A | Y | 8:40 PM | 1 | Jimenez, RN | 71250 | CT Thorax w/o contrast | Eval for known pulmonary nodule: Approved |
| 9 | 1027852655 | 5/18/2011 | 5/20/2011 | Affinity | Medicaid | NY | A | Y | 9:07 PM | 6 | Chase, LPN | 73222 | MRI Upper Extremity Joint w/ Co | 73222 evaluate rt shoulder pain approve |
| 10 | 1028664183 | 7/5/2011 | 7/7/2011 | Affinity | Medicaid | NY | A | Y | 7:58 PM | 5 | Chase, LPN | 78472 | Gated heart, resting or stress | Evaluate LV function s/p heart transplant approve |
| 11 | 1028733572 | 7/8/2011 | 7/8/2011 | Affinity | Medicaid | NY | A | Y | 12:47 PM | ? | Wilkins, RN | 78452 | MPI Spect Rest/Stress Multiple | 7/8/2011 12:47 -- Complains of chest pain for 2 weeks w/SOB sometimes certify |
| | | | | | | | D | N | 12:52 PM | N/A | Cyrus, MD | | | 7/8/2011 12:52 -- NON-CERTIFICATION REASON: Information received by telephone was reviewed. The history is chest pain. The description of the pain indicates that there is a low to intermediate risk of heart problems. The member can exercise. The test might be needed if the member could not exercise on a treadmill enough to raise his heart rate. Another reason this test might be needed is an electrocardiogram (EKG or tracing of heart activity) (recording of heart function) that had a finding prevents a routine exercise stress test (walking on a treadmill while recording an electrocardiogram (EKG or tracing of heart activity) to be unreliable or if the exercise stress test was abnormal. This test might also be needed if the member was taking a heart medicine called Digoxin. |
| 12 | 1029599723 | 8/25/2011 | 8/29/2011 | Affinity | Medicaid | NY | A | Y | 12:23 PM | 4 | Wilkins, RN | 78452 | MPI Spect Rest/Stress Multiple | Chest pain R/O CAD certify |
| 13 | 1029586132 | 8/24/2011 | 8/26/2011 | Affinity | Medicaid | NY | A | Y | 10:09 AM | 4 | Pollins, LPN | 78452 | MPI Spect Rest/Stress Multiple | Certify for member with chest pain |
| 14 | 1030169995 | 9/27/2011 | 9/29/2011 | Affinity | Medicare | NY | W | Y | 9:52 AM | 2 | Joyner, RN | 74178 | CT ABD & Pelv w/o & w/ contrast | Dx AAA s/p check, certify |
| 15 | 1035861414 | 7/17/2012 | 7/19/2012 | Affinity | Medicare | NY | A | Y | 9:00 AM | 2 | Joyner, RN | 74178 | CT ABD & Pelv w/o & w/ contrast | Dx wt loss, certify |
| 16 | 1028589760 | 6/29/2011 | 7/1/2011 | Americhoice | Medicaid | MD | A | Y | 2:08 PM | 5 | Kemp, RN | 74177 | CT ABD & Pelv w/ | Dx: abd pain certify |
| 17 | 1028669109 | 7/5/2011 | 7/7/2011 | Americhoice | Medicaid | MD | A | Y | 7:59 PM | 5 | Chase, LPN | 73721 | MRI Lower Extremity Joint w/o | Evaluate chronic rt knee pain approve |
| 18 | 1028305510 | 6/14/2011 | 6/16/2011 | Americhoice | Medicaid | NY | A | Y | 11:05 PM | 5 | Becks, RN | 78452 | MPI Spect Rest/Stress multiple | Case certified as pathway approved |
| 19 | 1027857307 | 5/18/2011 | 5/20/2011 | Americhoice | Medicaid | TN | A | Y | 8:32 PM | 6 | Jimenez, RN | 73222 | MRI Upper Extremity Joint w/ Co | Eval for chronic rotator cuff tear: Approved |

**Exhibit A**

**CareCore Pre-Authorization Database Screen Shots**

| Patient No. | Radiology Management Case No. | Episode Date | Approved/Denied/Hold Date | Insurer/Payor | Plan Type | State | Case Status (A/D) | Padded (y/n) | Time Padded | Level | Reviewer/Padder | CPT Code | Procedure | Journal Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 1028257093 | 6/10/2011 | 6/10/2011 | Americhoice | Medicaid | TN | A | N | | N/A | Seligman, MD; Amsbury, MD | 78815 | PET w CT Skull to Mid-Thigh | -NP authorized strong suspicion of a solid lesion on CT; -CERTIFY – speculated right middle lobe lung nodule and righ lower lobe mass with lymphadenopathy |
| 21 | 1028023357 | 5/27/2011 | 5/27/2011 | AvMed | Medicare | FL | D | N | | N/A | Walton, DO | 75571 | CT Heart w Calcium WO Contrast | Non-Certification Reason: This service is considered investigational in the clinical context presented |
| 22 | 1035793496 | 7/13/2012 | 7/16/2012 | BCBSAL | Medicare | AL | A | Y | 8:11 AM | 5 | Cochran, RN | 74178 | CT ABD & Pelv w/o & w/ contrast | Dx weight loss, pancytopenia, bilateral supraclavicular adenopathy. Certify |
| 23 | 1028016336 | 5/27/2011 | 5/27/2011 | BCBSAL | Commercial | FL | A | N | | N/A | Stewart, MD | 74175 | CT Angiography Abdomen | Certify: occlusion and planning follow up of vascular interventions |
| 24 | 1035612385 | 7/3/2012 | 7/6/2012 | Coventry | Medicaid | MI | A | Y | 4:08 PM | 5 | Shortt, RN | 74178 | CT ABD & Pelv w/o & w/ contrast | Dx; renal mass—certify |
| 25 | 1029696695 | 8/31/2011 | 9/2/2011 | Coventry | Medicaid | MO | A | Y | 5:53 PM | 5 | Davis, RN | 76816 | U/S Pelvis follow up or rep | Per 8/4/11 76816 US, maximum vertical pocket of fluid was 9.5 cm and EFW>90%; re-evaluate fluid and growth--certify |
| 26 | 1027782441 | 5/13/2011 | 5/17/2011 | GHI | Commercial | NY | A | Y | 11:48 AM | 1 | Ellerbe, RN | 73700 | CT Lower Extremity w/o contrast | Dx Rt ankle w/abnormality on x-ray, small ossific density overlying anterior tibiotalar joint. Certify. |
| 27 | 1027808910 | 5/17/2011 | 5/19/2011 | GHI | Commercial | NY | A | Y | 12:46 PM | 1 | Ellerbe, RN | 78306 | Bone Scan Whole Body | Dx rib pain w/ tenderness, negative xray. Certify. |
| 28 | 1027813554 | 5/17/2011 | 5/19/2011 | GHI | Commercial | NY | A | Y | 2:13 PM | 1 | Ellerbe, RN | 74170 | CT Abdomen w/o & w/ contrast | Dx esogheal (sp) varices/; certify |
| 29 | 1027813804 | 5/17/2011 | 5/19/2011 | GHI | Commercial | NY | A | Y | 2:15 PM | 1 | Ellerbe, RN | 71270 | CT Thorax w/o & w/ contrast | Dx Enlarged axillary lymph nodes, certify |
| 30 | 1027988036 | 5/26/2011 | 5/27/2011 | GHI | Commercial | NY | A | Y | 3:13 PM | 4 | Arthur, RN | 72148 | MRI Lumbar spine w/o contrast | Low back pain, radiculopathy -Certify |
| 31 | 1028691655 | 7/6/2011 | 7/8/2011 | GHI | Commercial | NY | A | Y | 2:02 PM | 4 | Swift, RN | 72141 | MRI Cervical Spine w/o contrast | Multiple sclerosis --certify |
| 32 | 1035820492 | 7/16/2012 | 7/18/2012 | GHI | Medicare | NY | A | Y | 9:10 AM | 4 | Roof, RN | 78452 | MPI Spect Rest/Stress Multiple | Dx SOB- certify |
| 33 | 1035898865 | 7/19/2012 | 7/23/2012 | HealthFirst | Medicaid | NJ | A | Y | 10:58 AM | 2 | Thomas, RN | 74178 | CT ABD & Pelv w/o & w/ contrast | Dx abnormal MRA r/o iliac aneurysm, certify |
| 34 | 1027818213 | 5/17/2011 | 5/19/2011 | HealthFirst | Medicaid | NY | A | N | | N/A | Gee, MD | 78020 | Thyroid Carcinoma Metastases | fu recent thyroid cancer. Looks like planning further treatment approved |
| 35 | 1027820483 | 5/17/2011 | 5/19/2011 | HealthFirst | Medicaid | NY | A | Y | 2:14 PM | 3 | Wilkins, RN | 70551 | MRI Brain w/o contrast | Mental status change --certify |
| 36 | 1028294489 | 6/14/2011 | 6/16/2011 | HealthFirst | Medicaid | NY | A | Y | 10:18 PM | 4 | Arthur, RN | 73221 | MRI Upper Extremity Joint w/o | Joint pain with grip weakness-certify. |
| 37 | 1028584113 | 6/29/2011 | 7/1/2011 | HealthFirst | Medicaid | NY | A | Y | 1:51 PM | 4 | Kemp, RN | 72141 | MRI Cervical Spine w/o Contrast | Dx radiculopathy certify |
| 38 | 1028664913 | 7/5/2011 | 7/7/2011 | HealthFirst | Medicaid | NY | A | Y | 8:09 PM | 4 | Chase, LPN | 78452 | MPI Spect Rest/Stress multiple | Evaluate pt for CAD approve |
| 39 | 1028266821 | 6/12/2011 | 6/16/2011 | HealthFirst | Medicare | NY | A | Y | 10:29 PM | 4 | Arthur, RN | 72148 | MRI Lumbar Spine w/o contrast | Spinal Stenosis, lower left weaknes.-Certify. |
| 40 | 1027816281 | 5/17/2011 | 5/19/2011 | HealthFirst | Medicare | NY | D | N | | N/A | Cyrus, MD | 72141 | MRI Cervical Spine w/o contrast | Non-certification reason: Information received by telephone was reviewed. The history is neck pain. This test might be neede if the member did not get better after taking medicine to decrease the pain and swelling for 4 weeks. |
| 41 | 1029603991 | 8/25/2011 | 8/29/2011 | HealthFirst | Medicare | NY | A | Y | 1:06 PM | 1 | Wilkins, RN | 78306 | Bone Scan Whole Body | Tumor, known or suspected metastases certify |
| 42 | 1035911944 | 6/18/2012 | 6/20/2012 | HealthPlus | Medicaid | MI | A | Y | 7:41 AM | 2 | Panza, RN | 74178 | CT ABD & Pelv w/o & w/ contrast | Dx abdomen pain, certify. |
| 43 | 1029805653 | 9/7/2011 | 9/9/2011 | HealthPlus | Medicare | MI | A | Y | 10:37 AM | 1 | Wilkins, RN | 70450 | CT Head/Brain w/o contrast | Early dementia certify |
| 44 | 1027851025 | 5/18/2011 | 5/20/2011 | HIP | Medicaid | NY | A | Y | 9:13 PM | 2 | Chase, LPN | 76816 | U/S OB Pelvis follow up OR Rep | 76816 evaluate fetal growth approve |

**Exhibit A**

**CareCore Pre-Authorization Database Screen Shots**

| Patient No. | Radiology Management Case No. | Episode Date | Approved/Denied/Hold Date | Insurer/Payor | Plan Type | State | Case Status (A/D) | Padded (y/n) | Time Padded | Level | Reviewer/Padder | CPT Code | Procedure | Journal Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | 1028668624 | 7/5/2011 | 7/7/2011 | HIP | Medicaid | NY | A | Y | 8:17 PM | 5 | Chase, LPN | 73221 | MRI Upper Extremity Joint w/o | Evaluate pt for lt wrist tendonitis approve |
| 46 | 1035488651 | 6/26/2012 | 6/28/2012 | HIP | Medicare | NY | A | Y | 10:16 AM | 5 | Freeman, RADTECH | 74178 | CT ABD & Pelv w/o & w/ contrast | Dx HCV, certify |
| 47 | 1035173765 | 6/11/2012 | 6/13/2012 | Horizon | Direct Access | NJ | A | Y | 9:40 AM | 5 | Shanabrook, RN | 73721 | MRI Lower Extremity Joint w/o | **Padded**, approved, tear or rupture of the "Achilles tendon" |
| 48 | 1028705280 | 7/7/2011 | 7/7/2011 | Horizon | HMO | NJ | D | N | | N/A | Shannon, MD | 74183 | MRI Abdomen w & w/o contrast | Non-Certification Reason: Information received by telephone was reviewed. The history is abdominal pain with sweats, nausea, and vomiting, suspected common bile duct stone. This test might be needed if there is a dilated bile duct on prior imaging, such as an ultrasound or an elevated bilirubin level. |
| 49 | 1035711804 | 7/10/2012 | 7/12/2012 | Horizon | Medicare | NJ | A | Y | 12:39 PM | 5 | Thomas, RN | 74177 | CT Abdomen & Pelvis w/ | Dx abd pain, certify |
| 50 | 1027843425 | 5/18/2011 | 5/20/2011 | Horizon | POS | NJ | A | Y | 8:58 PM | 5 | Chase, LPN | 73721 | MRI Lower Extremity Joint w/o | 73721 evaluate for AVN approve |
| 51 | 1027820624 | 5/17/2011 | 5/19/2011 | Horizon | PPO | NJ | A | Y | 5:37 PM | 5 | Rojas, RN | 70551 | MRI Brain w/o contrast | dx H/A (headache); x1 month recurrence -certify |
| 52 | 1027821487 | 5/17/2011 | 5/19/2011 | Horizon | PPO | NJ | A | Y | 5:39 PM | 5 | Rojas, RN | 70460 | CT Head/Brain w/contrast | (Journal entry not visible – not scrolled down enough) |
| 53 | 1028680076 | 7/6/2011 | 7/7/2011 | Horizon | SHBP NJ Direct | NJ | A | Y | 8:20 PM | 5 | Chase, LPN | 74176 | CT Abdomen & Pelvis w/o | Evaluate patient w/weight loss approve |
| 54 | 1027817020 | 5/17/2011 | 5/27/2011 | Horizon | Unclassified | NJ | A | N | | N/A | Thompson, MD | 72157 | MRI T Spine w/ & w/o contrast | Study approved > 5 day rule for review – study is approved |
| 55 | 1027826558 | 5/17/2011 | 5/19/2011 | NHP | Commercial | FL | A | Y | 12:47 PM | 1 | Barbera, LPN | 78006 | Thyroid Uptake and Scan | Hyperthyroidism-certify |
| 56 | 1027897115 | 5/20/2011 | 5/27/2011 | Oxford | Commercial | NY | A | Y | 4:18 PM | 5 | Swift, RN | 73221 | MRI Upper Extremity Joint w/o | Chronic rotator cuff tear --certify |
| 57 | 1028668374 | 7/5/2011 | 7/7/2011 | Oxford | Medicare | NJ | A | Y | 9:47 PM | 5 | Chase, LPN | 72197 | MRI Pelvis w & w/o contrast | Evaluate pt w/and pain and weight loss approve |
| 58 | 1027845857 | 5/18/2011 | 5/20/2011 | Oxford | Medicare | NY | A | Y | 11:29 PM | 5 | Chase, LPN | 78452 | MPI Spect Rest/Stress Multiple | 7842 evaluate pt for CAD approve |
| 59 | 1028669634 | 7/5/2011 | 7/7/2011 | Oxford | Medicare | NY | A | Y | 8:29 PM | 5 | Chase, LPN | 78006 | Thyroid uptake and scan | Evaluate pt w/thyroid nodule approve |
| 60 | 1026527154 | 3/7/2011 | 3/9/2011 | Rocky Mnt | Medicaid | CO | A | Y | 12:08 PM | 2 | Sparks, LPN | 74178 | CT ABD & Pelv w/o & w/ contrast | Approve – R/O Adrenal mass |
| 61 | 1029589283 | 8/24/2011 | 8/29/2011 | Rocky Mnt | Medicare | CO | A | Y | 12:09 PM | 4 | Wilkins, RN | 78452 | MPI Spect Rest/Stress Multiple | Evaluation of symptomatic patient R/O CAD certify |
| 62 | 1027976819 | 5/25/2011 | 5/27/2011 | UHC | Medicare | AL | A | Y | 3:51 PM | 5 | Aldape, LPN | 78452 | MPI Spect Rest/Stress multiple | CAD -certify |
| 63 | 1029796440 | 9/7/2011 | 9/9/2011 | UHC | Medicare | AL | A | Y | 3:07 PM | 5 | Aldape, LPN | 74176 | CT Abdomen & Pelvis W/O | Abdominal pain -certify |
| 64 | 1028070433 | 6/1/2011 | 6/3/2011 | UHC-Medicare | Medicare | AZ | A | Y | 4:13 PM | N/A | Rojas, RN | 72148 | MRI Lumbar Spine w/o contrast | Dx radioculopathy-certify |
| 65 | 1027844367 | 5/18/2011 | 5/20/2011 | UHC | Medicare | CO | A | Y | 8:52 PM | 5 | Jimenez, RN | 71270 | CT Thorax w/o & w/ contrast | Eval for renal cell Ca/mass on US: Approved |
| 66 | 1028070576 | 6/1/2011 | 6/3/2011 | UHC-Medicare | Medicare | CT | A | Y | 4:18 PM | N/A | Rojas, RN | 71250 | CT Thorax w/o contrast | dx density LLL, mild bronchiectasis-certify |
| 67 | 1027984551 | 5/25/2011 | 5/27/2011 | UHC | Medicare | FL | A | Y | 3:46 PM | 5 | Aldape, LPN | 78452 | MPI Spect Rest/Stress multiple | Chest pain - certify |
| 68 | 1028175115 | 6/7/2011 | 6/9/2011 | UHC | Medicare | FL | A | Y | 5:07 PM | 5 | Rojas, RN | 78452 | MPI Spect Rest/Stress multiple | Dx follow up of coronary artery bypass - certify |
| 69 | 1028182439 | 6/7/2011 | 6/9/2011 | UHC | Medicare | FL | A | Y | 5:22 PM | 5 | Aldape, LPN | 78452 | MPI Spect Rest/Stress multiple | CAD-certify |
| 70 | 1028299386 | 6/14/2011 | 6/16/2011 | UHC | Medicare | FL | A | Y | 4:16 PM | 5 | Rojas, RN | 72148 | MRI Lumbar spine w/o contrast | Dx back pain x 1 week -certify |
| 71 | 1027856477 | 5/18/2011 | 5/20/2011 | UHC | Medicare | FL | A | Y | 8:44 PM | 6 | Jimenez, RN | 73725 | MRA Lower Extremity w/ or w/o | Eval for Peripheral vascular disease : Approved |
| 72 | 1028063796 | 6/1/2011 | 6/3/2011 | UHC-Medicare | Medicare | FL | A | Y | 4:03 PM | N/A | Aldape, LPN | 73721 | MRI Lower Extremity Joint w/o | ankle pain-certify |

**Exhibit A**

**CareCore Pre-Authorization Database Screen Shots**

| Patient No. | Radiology Management Case No. | Episode Date | Approved/Denied/Hold Date | Insurer/Payor | Plan Type | State | Case Status (A/D) | Padded (y/n) | Time Padded | Level | Reviewer/Padder | CPT Code | Procedure | Journal Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | 1028067456 | 6/1/2011 | 6/3/2011 | UHC-Medicare | Medicare | FL | A | Y | 4:14 PM | N/A | Rojas, RN | | | Dx spinal stenosis w/ chronic LBP-certify |
| 74 | 1028174687 | 6/7/2011 | 6/9/2011 | UHC | Medicare | GA | A | Y | 5:03 PM | 5 | Rojas, RN | 78452 | MPI Spect Rest/Stress multiple | Dx known paroxysmal AFib/Pacemaker for sick sinus syndrome-certify |
| 75 | 1028180417 | 6/7/2011 | 6/9/2011 | UHC | Medicare | GA | A | Y | 5:17 PM | 5 | Aldape, LPN | 78452 | MPI Spect Rest/Stress multiple | Abnormal EKG-certify |
| 76 | 1028668695 | 7/5/2011 | 7/7/2011 | UHC | Medicare | GA | A | Y | 8:48 PM | 5 | Chase, LPN | 74177 | CT Abdomen & Pelvis w/ | Evaluate pt w/abd pain approve |
| 77 | 1027857402 | 5/18/2011 | 5/20/2011 | UHC | Medicare | GA | A | Y | 8:48 PM | 5?6 | Jimenez, RN | 70549 | MRI Neck w/ & w/o contrast | Eval for TIA vs CVA, has dizziness: Approved |
| 78 | 1027867315 | 5/19/2011 | 5/27/2011 | UHC | Medicare | GA | A | N | | N/A | Huntington, MD | 71250 | CT Thorax w/o contrast | 65 yo F smoker w/ cough, hoarseness of voice and CT about one year ago w/ several small (size not specified) lung nodule -- meets |
| 79 | 1028070404 | 6/1/2011 | 6/3/2011 | UHC-Medicare | Medicare | GA | A | Y | 4:13 PM | N/A | Rojas, RN | 72141 | MRI Cervical Spine w/o Contrast | Dx neck pain r/o stenosis. -certify |
| 80 | 1028670481 | 7/6/2011 | 7/7/2011 | UHC | Medicare | IA | A | Y | 8:40 PM | 5 | Chase, LPN | 70491 | CT soft tissue neck w/ contrast | Evaluate for parotid tumor approve |
| 81 | 1028307035 | 6/14/2011 | 6/16/2011 | UHC | Medicare | IL | A | Y | 11:02 PM | 5 | Becks, RN | 70551 | MRI Brain w/o contrast | Certify for depression |
| 82 | 1028064823 | 6/1/2011 | 6/3/2011 | UHC-Medicare | Medicare | IN | A | Y | 4:05 PM | N/A | Aldape, LPN | 78452 | MPI Spect Rest/Stress multiple | CAD-certify |
| 83 | 1027819931 | 5/17/2011 | 5/19/2011 | UHC | Medicare | MA | A | Y | 5:36 PM | 5 | Aldape, LPN | 74177 | CT Abdomen & Pelvis W/ | Ulcerative colitis-certify |
| 84 | 1028065971 | 6/1/2011 | 6/3/2011 | UHC-Medicare | Medicare | MA | A | Y | 4:05 PM | N/A | Aldape, LPN | 78452 | MPI Spect Rest/Stress multiple | chest pain-certify |
| 85 | 1028066073 | 6/1/2011 | 6/3/2011 | UHC-Medicare | Medicare | MA | A | Y | 4:15 PM | N/A | Rojas, RN | 70491 | CT Soft Tissue Neck w/ Contrast | dx mass in the right neck for the pasts 20 years-certify |
| 86 | 1028306406 | 6/14/2011 | 6/16/2011 | UHC | Medicare | MD | A | Y | 9:38 PM | 6 | Chase, LPN | 70544 | MRA Head w/o contrast | Evaluate pt w/H/A and blurred vision approve |
| 87 | 1028177396 | 6/7/2011 | 6/9/2011 | UHC | Medicare | MO | A | Y | 5:02 PM | 5 | Rojas, RN | 70470 | CT Head/Brain w/o & w/ contras | Dx memory loss /confusion -certify |
| 88 | 1028668324 | 7/5/2011 | 7/7/2011 | UHC | Medicare | MO | A | Y | 9:04 PM | 5 | Chase, LPN | 78018 | Thyroid Scan Whole Body | Evaluate pt w/thyroid cancer on thyrogen approve |
| 89 | 1028688167 | 7/6/2011 | 7/8/2011 | UHC | Medicare | NC | D | N | | N/A | Amsbury, MD | 72149 | MRI Lumbar Spine w/ Contrast | Non-Certification Reason: Information received by web was reviewed. The history is problems holding urine and stool in. The test might be needed if the member had findings that suggested an infection like a fever or an abnormally high blood test (called a white blodd cell count). However, a non-contrast MRI of the spine of the low back could be approved if requested. |
| 90 | 1027820469 | 5/17/2011 | 5/19/2011 | UHC | Medicare | NC | A | Y | 5:37 PM | 5 | Aldape, LPN | 78452 | MPI Spect Rest/Stress Multiple | uncontrolled HTN, pre op hip replacement -- certify |
| 91 | 1028064000 | 6/1/2011 | 6/3/2011 | UHC-Medicare | Medicare | NC | A | Y | 4:03 PM | N/A | Aldape, LPN | 78226 | HIDA Scan | abdominal pain-certify |
| 92 | 1028581355 | 6/29/2011 | 7/1/2011 | UHC | Medicare | NY | A | Y | 2:06 PM | 5 | Aldape, LPN | 74178 | CT ABD & Pelv w/o & w contrast | Weight loss - certify |
| 93 | 1027981209 | 5/25/2011 | 5/27/2011 | UHC | Medicare | OH | A | Y | 4:10 PM | 5 | Aldape, LPN | 70551 | MRI Brain w/o contrast | Memory loss - certify |
| 94 | 1028182715 | 6/7/2011 | 6/9/2011 | UHC | Medicare | OH | A | Y | 5:21 PM | 5 | Aldape, LPN | 78452 | MPI Spect Rest/Stress multiple | Tachycardia*-certify |
| 95 | 1028643560 | 7/1/2011 | 7/5/2011 | UHC | Medicare | OH | D | N | | N/A | Horn, MD | 72149 | MRI Lumbar Spine w/ Contrast | Non-Certification Reason: Information received by telephone was reviewed. The history is persistent low back pain. The test might be needed if there was a history of low back pain/spine surgery. The test also might be needed if there was fever or recent abnormal blood test that shows as increased white blood cell count to suggest infection. An MRI of lumbar spine without contrast could be approved at this time if requested. |

**Exhibit A**

**CareCore Pre-Authorization Database Screen Shots**

| Patient No. | Radiology Management Case No. | Episode Date | Approved/Denied/Hold Date | Insurer/Payor | Plan Type | State | Case Status (A/D) | Padded (y/n) | Time Padded | Level | Reviewer/Padder | CPT Code | Procedure | Journal Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | 1028064863 | 6/1/2011 | 6/3/2011 | UHC-Medicare | Medicare | OH | A | Y | 4:04 PM | N/A | Aldape, LPN | 78226 | HIDA Scan | abdominal pain-certify |
| 97 | 1028175272 | 6/7/2011 | 6/9/2011 | UHC | Medicare | RI | A | Y | 5:05 PM | 5 | Rojas, RN | 74178 | CT Abd & Pelv w/o & w/ Contrast | Dx Complains of ABD pain for months. PE unremarkable-certify |
| 98 | 1027963485 | 5/25/2011 | 5/27/2011 | UHC | Medicare | TN | A | N | | N/A | Lamsbury, MD | 74170 | CT Abdomen w/o & w/ contrast | CERTIFY – Member with a history of breast cancer and a malignant pleural effusion; CT of the chest already approved. |
| 99 | 1027982982 | 5/25/2011 | 5/27/2011 | UHC | Medicare | TN | A | Y | 8:12 PM | 5 | Chase, LPN | 74160 | CT Abdomen w/ contrast | Evaluate pt w/colon cancer approve |
| 100 | 1027983976 | 5/25/2011 | 5/27/2011 | UHC | Medicare | TN | A | Y | 4:12 PM | 5 | Aldape, LPN | 78452 | MPI Spect Rest/Stress multiple | CAD - certify |
| 101 | 1028669480 | 7/5/2011 | 7/7/2011 | UHC | Medicare | TX | A | Y | 9:55 PM | 5 | Chase, LPN | 78452 | MPI Spect Rest/Stress multiple | Evaluate pt for CAD approve |
| 102 | 1028255618 | 6/10/2011 | 6/10/2011 | UHC | Medicare | UT | D | N | | N/A | Berson, MD | 77059 | MRI Breast Bilateral | Discussed with MD, no additional information for restart, referred to HP |
| 103 | 1028614327 | 6/30/2011 | 7/7/2011 | UHC | Medicare | VA | A | Y | 8:56 PM | 5 | Chase, LPN | 72148 | MRI Lumbar spine w/o contrast | Evaluate patient w/chronic LBP approve |
| 104 | 1027987628 | 5/25/2011 | 5/27/2011 | UHC | Medicare | WI | A | Y | 9:18 PM | 5 | Chase, LPN | 73721 | MRI Lower Extremity Joint w/o | Evaluate right hip for lesion approve |
| 105 | 1028175615 | 6/7/2011 | 6/9/2011 | UHC | Medicare | WI | A | Y | 5:09 PM | 5 | Rojas, RN | 71260 | CT Thorax w/ contrast | Dx cough and SOB-certify |
| 106 | 1028180660 | 6/7/2011 | 6/9/2011 | UHC | Medicare | WI | A | Y | 5:18 PM | 5 | Aldape, LPN | 74170 | CT Abdomen w/o & w/ Contrast | Abdominal pain-certify |
| 107 | 1029792801 | 9/7/2011 | 9/9/2011 | UHC Community | Medicaid | NY | A | Y | 8:15 PM | 5? | Chase, LPN | 73221 | MRI Upper Extremity Joint w/o | Evaluate pt w/rt shoulder pain approve |
| 108 | 1035717087 | 7/10/2012 | 7/12/2012 | UHC Community Plan | Medicare | TN | A | Y | 11:57 AM | 5 | Maier, RN | 74178 | CT ABD & Pelv w/o & w/ contrast | Chronic hepatitis C, esphogeal varices, r/o carcinoma, certify |
| 109 | 1035339401 | 6/19/2012 | 6/21/2012 | Universal American | Medicare | NY | A | Y | 7:40 AM | 2 | Joyner, RN | 74178 | CT ABD & Pelv w/o & w/ contrast | Dx weight loss, certify |
| 110 | 1028173966 | 6/7/2011 | 6/9/2011 | WellCare | Medicaid | FL | A | Y | 5:15 PM | 5 | Davis, RN | 70486 | CT Maxllfcl w/o contrast | Sinusitis, treated w/Amoxicillin, symptoms since 4/25/11—certify |
| 111 | 1028308486 | 6/14/2011 | 6/16/2011 | WellCare | Medicaid | FL | A | Y | 11:13 PM | 5 | Becks, RN | 73718 | MRI Lower Extremity w/o contrast | Certify for minimal relief from medications |
| 112 | 1028067987 | 6/1/2011 | 6/3/2011 | WellCare | Medicaid | GA | A | Y | 5:09 PM | 5 | Rouse, LPN | 76816 | U/S OB Pelvis follow up or Rep | Fetal problems: echogenic intracardiac focus in fetal heart-certify |
| 113 | 1028068856 | 6/1/2011 | 6/3/2011 | WellCare | Medicaid | GA | A | Y | 5:11 PM | 5 | Rouse, LPN | 76816 | U/S OB Pelvis follow up or Rep | Small for dates with fundal height lagging 3 weeks-certify |
| 114 | 1028070461 | 6/1/2011 | 6/3/2011 | WellCare | Medicaid | GA | A | Y | 5:12 PM | 5 | Rouse, LPN | 76817 | US Pregnant Uterus Transvagina | Maternal problems: hx pre-term labor - certify |
| 115 | 1028173072 | 6/7/2011 | 6/9/2011 | WellCare | Medicaid | GA | A | Y | 5:10 PM | 5 | Davis, RN | 70491 | CT Soft Tissue Neck w/ Contrast | Difficulty swallowing—c/o feels like something stuck in throat, pt has large neck, r/o mass/obstruction -- certify |
| 116 | 1028070638 | 6/1/2011 | 6/3/2011 | WellCare | Medicaid | IL | A | Y | 5:14 PM | 5 | Rouse, LPN | 76801 | U/S OB Pelvis, Pregnant Uterus | Pregnancy test-positive, confirm dates- certify |
| 117 | 1028071013 | 6/1/2011 | 6/3/2011 | WellCare | Medicaid | IL | A | Y | 5:15 PM | 5 | Rouse, LPN | 76805 | U/S OB Pelvis, Pregnant Uterus | Fetal anatomy scan-certify |
| 118 | 1029801433 | 9/7/2011 | 9/9/2011 | WellCare | Medicaid | NY | A | Y | 3:37 PM | 5 | Rojas, RN | 70551 | MRI Brain w/o contrast | Dx; increased tremor -certify |
| 119 | 1028175806 | 6/7/2011 | 6/9/2011 | WellCare | Medicare | CT | A | Y | 5:25 PM | 5 | Davis, RN | 71250 | CT Thorax w/o contrast | SOB/cough x3mos, bilat wheezing per PE, unremarkable CXR--certify |
| 120 | 1028175063 | 6/7/2011 | 6/9/2011 | WellCare | Medicare | FL | A | Y | 5:21 PM | 5 | Davis, RN | 78452 | MPI Spect Rest/Stress multiple | Chest pain w/non-specific ST changes per electrocardiogram--certify |
| 121 | 1028176094 | 6/7/2011 | 6/9/2011 | WellCare | Medicare | FL | A | Y | 5:28 PM | 5 | Davis, RN | 74176 | CT Abdomen & Pelvis w/o | RLQ/LLQ abdominal pain for few monthe, + hemocult stool test--certify |
| 122 | 1027970468 | 5/25/2011 | 5/27/2011 | WellCare | Medicare | NY | H | N | | N/A | Huntington, MD | 75574 | CT Angio Coronary Artery | Information needed: Information received by web was reviewed. The history is of a 69 year old femail with an unspecified aneurysm and possible chest pain syndrome. The clinical information submitted is contradictory and incomplete. Without pertinent history, current symptoms, findings on physical exam, laboratory tests, and other imaging studies, the requested study cannot be certified. |