# AMENDED COMPLAINT

# EXHIBIT B

EXHIBIT B
(1 of 5)





2 (cont.) Medical Director/physician "MD" reverses approval and provides "NON-CERTIFICATION REASON at 12:52 PM.

EXHIBIT B
(3 of 5)





EXHIBIT B
(4 of 5)

**EXHIBIT B**
(5 of 5)



1. Upon changing priority status from Regular "R" to Urgent "U," Clinical Reviewer/nurse "RN" places case in doctor queue ("O") at 12:42:18 PM.

2. A different Clinical Reviewer/nurse "RN" goes into in doctor queue ("O") and then Pads the case for approval at 12:52:16 PM.

3. Medical Director/physician "MD" changes the padded approval ("A") to deny ("D") the testing request, 3 seconds later.