# AMENDED COMPLAINT

# EXHIBIT C-1

# Padding

4/2011

CCN-REL 0000711

# What is Padding?

- Certifying cases in the MD queue that are going to exceed the contracted turn around time.
- When cases exceed the timeframe CareCore can be fined by the Insurance companies.

CCN-REL 0000712

# The Process of Padding:

1. Queues are reviewed in the morning by management.
2. If the queue volume is high, then padding will be initiated.
3. The padding process begins at level 1 and ends at level 5. Level 6 is only initiated during the night shift.
4. Padding Day Team consists of 3 groups.
    1. **Team A**
    2. **Team B**
    3. **Team 5**

CCN-REL 0000713

# Who Will Be Padding?

- **Team A (SC CRs)**
    - **Angela Bennett**
    - **Pamela Barefoot**
    - **Alicia Gosselin**
    - **Karen Mullaney**
    - **Karen Massenburg**
    - **Kim Laramee**
- **Team B (SC CRs)**
    - **Cindy Ruff**
    - **Lillian Barbera**
    - **Joyce Maier**
    - **Jane Klink**
    - **Pam Snyder**
    - **Ronda Ellerbe**
- **Team 5 (Colorado CRs)**
    - **Kathy Kemp**
    - **Nancy Petticrew**
    - **Barb Hoover**
    - **Victoria Lenhardt**
    - **Betti Morris**
    - **Retina Satterwaite**
    - **Lydia Holland**
    - **Cindy Straub**
    - **John Swift**
    - **Ligia Aldape**
    - **Martha Rojas**
    - **Linda Davis**

CCN-REL 0000714

# Team A and Team B

- Will be responsible for padding Levels 1-4.
- Will alternate padding days.
- The schedule will be logged in the Padding Calendar in SharePoint.
  - I.e.. Team A will pad on Wednesday then Team B will pad on Thursday.

CCN-REL 0000715

# Team 5

- Will be responsible for padding level 5.
- This level is not always required and will be initiated later in the day after levels 1-4 have been completed.

CCN-REL 0000716

# Communication Process

- Sarah will email supervisors if and when padding will be initiated along with the padding assignment.
- Supervisors will IM padding staff:
  - When to pad
  - What level to pad
  - Health plan to pad
- Clinical Reviewers must also keep track of how many cases they pad and IM them back to their supervisor.
  - I.e.:    Affinity: 4
    - GHI: 20
- Supervisors will be responsible for emailing the stats to Tia Keeton.

CCN-REL 0000717

# General Guidelines

- Read the instructions carefully.
- Always check:
  - Patient's Name
  - CPT Code
  - History
- Only pad the health plans you are assigned to and ONLY the CPT codes listed in the instructions!!

CCN-REL 0000718

# NEVER PAD…

- 1. Cases less than 90 days since prior imaging
- 2. Cases associated with a denial with a similar CPT code
- 3. MRI Breast: 77058/77059 (and any cases associated with)
- 4. PETs (PET/CTs): (and any cases associated with)
- 5. CTAs
- 6. CCTAs
- 7. Denta Scans
- 8. Nuclear Medicine CPT codes 78800, 78801, 78802, 78803
- Do NOT pad CT of Chest if the DX or R/O is for a pulmonary nodule.

CCN-REL 0000719

# How to journal for padding:

- Place the pertinent signs and symptoms with the duration (if noted) and then –certify
- For example: abdominal pain times 3 weeks- certify.
- Do not document anything in the journal about padding!

CCN-REL 0000720

# Level 1

- **Auto Approve the following for Non-Risk Plans which include:**
  - Affinity
  - GHI
  - HealthFirst
  - HealthPlus
  - HMO-Select GHI
  - NHP
  - PHP
  - Rocky Mountain
  - United-NJ
  - Universal American

- Single CT's
- Nuclear Medicine (Except MPI)

CCN-REL 0000721

# Level 2

- Auto Approve level 1 as well as the following for Non-Risk Plans:
- Multiple CTs
- OB All plans (except Wellcare and Coventry)
- CT abd/pelvis should be padded here. Not in level 1!

CCN-REL 0000722

# Level 3

- Auto approve the following for Non-Risk plans including level 1&2:
- MRI without only for
    - Brain
    - Upper extremities
    - Lower extremities

CCN-REL 0000723

# Level 4

- **Auto Approve the following for assigned Non-Risk Plans and levels 1,2, and 3:**
- MRI WITHOUT ONLY for Joints and Spines
- MPI's
- ALL MRI's ABD/PEL/CHEST

CCN-REL 0000724

# Level 5

- Auto approve RISK plans for all CPT codes listed in level 1,2,3,4
- Risk plans include: **Oxford, UHC Medicare, HIP, Aetna NY, Aetna NNJ commercial, Horizon, BCBSAL, Wellcare, Coventry, Americhoice, Avmed, Affinity, GHI, HealthFirst, HealthPlus, HMO-Select GHI, NHP, PHP, Rocky Mountain, United ?**

CCN-REL 0000725

# Level 6

- All studies are cleared! To be performed by the nightshift only if needed.

CCN-REL 0000726

# Questions?

CCN-REL 0000727