# AMENDED COMPLAINT

# EXHIBIT C-2

# CenturyLink Webmail

squonk6pack@q.com

± Font Size -

## FW: Conversation with Mary Lou Seeger, Lee Berger, Carolyn Wilkins, Alexander Zalewski, Ana Casanova

**From:** John Miller <JMiller@CareCoreNational.com>   Tue, Jun 19, 2012 03:56 PM
**Subject:** FW: Conversation with Mary Lou Seeger, Lee Berger, Carolyn Wilkins, Alexander Zalewski, Ana Casanova
**To:** squonk6pack@q.com

John Miller LPN, Clinical Review Supervisor

x 30138

*[handwritten: SUPERVISOR IM 6-19-12]*

CCN 1125 Kelly Johnson Blvd #200

Colorado Springs, CO 80920

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files, or previous e-mail messages attached to it may contain confidential or privileged information subject to privacy regulations such as the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

This information is intended only for the use of the recipient (s) named above. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by reply e-mail and destroy the original transmission and its attachments without saving them in any manner

---

**From:** John Miller
**Sent:** Tuesday, June 19, 2012 1:52 PM
**To:** John Miller
**Subject:** Conversation with Mary Lou Seeger, Lee Berger, Carolyn Wilkins, Alexander Zalewski, Ana Casanova

Mary Lou Seeger is starting this conversation with the message:

Folks

Lee Berger has been added to the instant message conversation.

Carolyn Wilkins has been added to the instant message conversation.

Alexander Zalewski has been added to the instant message conversation.

Ana Casanova has been added to the instant message conversation.

*Supervisor IM*
*6-19-12*

Mary Lou Seeger [1:30 PM]:

we have been instructed per Janet's email not to use the word "padding" in any IM conversations

John Miller [1:31 PM]:

**what are we going to use?**

John Miller [1:32 PM]:

**in place of it**

Mary Lou Seeger [1:32 PM]:

we will communicate thru email about padding

Ana Casanova [1:32 PM]:

**whu**

Ana Casanova [1:33 PM]:

**why**

Ana Casanova [1:33 PM]:

**what is the issue**

Ana Casanova [1:33 PM]:

**reason we came up with work PAD is so no one understands that is not in our circle**

Ana Casanova [1:33 PM]:

**instead of auto approve**

Mary Lou Seeger [1:34 PM]:

per Janet it has to be through email

Mary Lou Seeger [1:35 PM]:

it's the method of communication

John Miller [1:35 PM]:

**ok, thats all well and fine, but how do we communicate it to the CR's when asked?**

Mary Lou Seeger [1:35 PM]:

I hear ya...lets get creative

Ana Casanova [1:36 PM]:

**lol**

Ana Casanova [1:36 PM]:

**right john**

John Miller [1:36 PM]:

**process**

John Miller [1:36 PM]:

**??**

Ana Casanova [1:36 PM]:

**PAD stands for process as directed**

Lee Berger [1:36 PM]:

**Okay so we can call it kachinging.**

Alexander Zalewski [1:37 PM]:

**SSDN**

Ana Casanova [1:37 PM]:

**lets use code red**

Ana Casanova [1:37 PM]:

**lol**

Alexander Zalewski [1:37 PM]:

**I don't want to get beat up here!!!**

Lee Berger [1:38 PM]:

**Code Green because that's what they make when they pad.**

Carolyn Wilkins has left the instant message conversation.

Ana Casanova [1:38 PM]:

**lol**

Ana Casanova [1:38 PM]:

**i am thinking she is stating she doesnt need to put on the im with the WFM**

Alexander Zalewski [1:38 PM]:

Supervisor IM
6-19-12

**Lets caal it tthe "Secret Club"**

Lee Berger [1:39 PM]:

*Or we can call it "You know that thing you can do when the doctor's queue has too many cases and we have too many doctor's off".*

Mary Lou Seeger [1:39 PM]:

I like that one best

John Miller [1:39 PM]:

**lol**

Mary Lou Seeger [1:39 PM]:

we can just cut copy paste

Mary Lou Seeger [1:39 PM]:

100 times

Alexander Zalewski [1:39 PM]:

**we can say - go to the Secret Club floor 5**

Lee Berger [1:39 PM]:

*LOL*

Mary Lou Seeger [1:39 PM]:

going up?

Ana Casanova [1:39 PM]:

**ok secret club**

Lee Berger [1:40 PM]:

*I like that.*

Ana Casanova [1:40 PM]:

**now you have to IM staff and tell them about it**

Ana Casanova [1:40 PM]:

**lol**

Mary Lou Seeger [1:40 PM]:

and change it every week

John Miller [1:40 PM]:

*Supervisor In*

*6-19-12*

**yeah but secret is worse than pad**

John Miller [1:40 PM]:

**it's secretive**

Ana Casanova [1:40 PM]:

**lol**

Alexander Zalewski [1:40 PM]:

**Ok - just call it the "Club"**

Ana Casanova [1:40 PM]:

**how about FLOW**

Mary Lou Seeger [1:41 PM]:

we can use some of the less used symbols

Mary Lou Seeger [1:41 PM]:

Mary Lou Seeger [1:41 PM]:

Ana Casanova [1:41 PM]:

Lee Berger [1:41 PM]:

**Yes because they would know what it means when I send them a**

Mary Lou Seeger [1:41 PM]:

John Miller [1:41 PM]:

**yeah**

Ana Casanova [1:41 PM]:

**money**

Mary Lou Seeger [1:41 PM]:

**what is**

Mary Lou Seeger [1:41 PM]:

**where from**

Mary Lou Seeger [1:41 PM]:

**bedrock**

Ana Casanova [1:41 PM]:

**lol**

*Supervisor IM*
*6-19-12*

Ana Casanova [1:42 PM]:

paradise

John Miller [1:42 PM]:

same place where I get my Brotosaurus Burger

John Miller [1:42 PM]:

Brontosaurus

Ana Casanova [1:43 PM]:

how about just stating to staff go in md queue and level 5 for Oxford

Lee Berger [1:43 PM]:

I'm a Lee Berger John does that count?

Ana Casanova [1:43 PM]:

dont use no word

John Miller [1:43 PM]:

yes

John Miller [1:43 PM]:

Thats good Ana

Ana Casanova [1:44 PM]:

staff that do that process already understand that lingo

John Miller [1:46 PM]:

I am glad thats settled

Alexander Zalewski [1:46 PM]:

are we sure it's settled ???

Alexander Zalewski [1:47 PM]:

John Miller [1:47 PM]:

I didn't hear any Nays

Mary Lou Seeger [1:47 PM]:

what?

John Miller [1:48 PM]:

Ana's idea

*Supervisor Fm 6-19-12* (handwritten)

John Miller [1:48 PM]:

**Ana Casanova [1:43 PM]:**

**how about just stating to staff go in md queue and level 5 for Oxford**

Mary Lou Seeger [1:49 PM]:

sounds good me let Janet know

Ana Casanova [1:49 PM]:

**ok settled**

Ana Casanova [1:49 PM]:

Mary Lou Seeger [1:49 PM]:

and if they respond you mean pad we zap them?

John Miller [1:50 PM]:

**YES**

John Miller [1:50 PM]:

Alexander Zalewski [1:50 PM]:

**Put your Phasers on Stun!!!**

Mary Lou Seeger [1:50 PM]:

lolol

Lee Berger [1:50 PM]:

*LOL*

John Miller [1:50 PM]:

**Aye Captain**

John Miller [1:51 PM]:

**I am going to beam down for some lunch**

*Supervisor JM*
*6-19-12*