# AMENDED COMPLAINT

# EXHIBIT D

**Exhibit D**

| Patient No. | Radiology Management Case No. | Episode Date | Approved/Denied/Hold Date | Insurer/Payor | Plan Type | State | Case Status (A/D) | Padded (y/n) | Time Padded | Level | Reviewer/Padder | CPT Code | Procedure | Journal Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | 1028180417 | 6/7/2011 | 6/9/2011 | UHC | Medicare | GA | A | Y | 5:17 PM | 5 | Aldape, LPN | 78452 | MPI Spect Rest/Stress multiple | Abnormal EKG-certify |
| 106 | 1028180660 | 6/7/2011 | 6/9/2011 | UHC | Medicare | WI | A | Y | 5:18 PM | 5 | Aldape, LPN | 74170 | CT Abdomen w/o & w/ Contrast | Abdominal pain-certify |
| 94 | 1028182715 | 6/7/2011 | 6/9/2011 | UHC | Medicare | OH | A | Y | 5:21 PM | 5 | Aldape, LPN | 78452 | MPI Spect Rest/Stress multiple | Tachycardia*-certify |
| 69 | 1028182439 | 6/7/2011 | 6/9/2011 | UHC | Medicare | FL | A | Y | 5:22 PM | 5 | Aldape, LPN | 78452 | MPI Spect Rest/Stress multiple | CAD-certify |

| Patient No. | Radiology Management Case No. | Episode Date | Approved/Denied/Hold Date | Insurer/Payor | Plan Type | State | Case Status (A/D) | Padded (y/n) | Time Padded | Level | Reviewer/Padder | CPT Code | Procedure | Journal Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 1028664183 | 7/5/2011 | 7/7/2011 | Affinity | Medicaid | NY | A | Y | 7:58 PM | 5 | Chase, LPN | 78472 | Gated heart, resting or stress | Evaluate LV function s/p heart transplant approve |
| 17 | 1028669109 | 7/5/2011 | 7/7/2011 | Americhoice | Medicaid | MD | A | Y | 7:59 PM | 5 | Chase, LPN | 73721 | MRI Lower Extremity Joint w/o | Evaluate chronic rt knee pain approve |
| 38 | 1028664913 | 7/5/2011 | 7/7/2011 | HealthFirst | Medicaid | NY | A | Y | 8:09 PM | 4 | Chase, LPN | 78452 | MPI Spect Rest/Stress multiple | Evaluate pt for CAD approve |
| 45 | 1028668624 | 7/5/2011 | 7/7/2011 | HIP | Medicaid | NY | A | Y | 8:17 PM | 5 | Chase, LPN | 73221 | MRI Upper Extremity Joint w/o | Evaluate pt for lt wrist tendonitis approve |
| 53 | 1028680076 | 7/6/2011 | 7/7/2011 | Horizon | SHBP NJ Direct | NJ | A | Y | 8:20 PM | 5 | Chase, LPN | 74176 | CT Abdomen & Pelvis w/o | Evaluate patient w/weight loss approve |
| 59 | 1028669634 | 7/5/2011 | 7/7/2011 | Oxford | Medicare | NY | A | Y | 8:29 PM | 5 | Chase, LPN | 78006 | Thyroid uptake and scan | Evaluate pt w/thyroid nodule approve |
| 80 | 1028670481 | 7/6/2011 | 7/7/2011 | UHC | Medicare | IA | A | Y | 8:40 PM | 5 | Chase, LPN | 70491 | CT soft tissue neck w/ contrast | Evaluate for parotid tumor approve |
| 76 | 1028668695 | 7/5/2011 | 7/7/2011 | UHC | Medicare | GA | A | Y | 8:48 PM | 5 | Chase, LPN | 74177 | CT Abdomen & Pelvis w/ | Evaluate pt w/abd pain approve |
| 103 | 1028614327 | 6/30/2011 | 7/7/2011 | UHC | Medicare | VA | A | Y | 8:56 PM | 5 | Chase, LPN | 72148 | MRI Lumbar spine w/o contrast | Evaluate patient w/chronic LBP approve |
| 88 | 1028668324 | 7/5/2011 | 7/7/2011 | UHC | Medicare | MO | A | Y | 9:04 PM | 5 | Chase, LPN | 78018 | Thyroid Scan Whole Body | Evaluate pt w/thyroid cancer on thyrogen approve |
| 6 | 1028656378 | 7/5/2011 | 7/7/2011 | Aetna-NNJ | Self-Insured | NJ | A | Y | 9:20 PM | 5 | Chase, LPN | 70460 | CT Head/Brain w/ contrast | Evaluate patient for TIA approve |
| 3 | 1028665249 | 7/5/2011 | 7/7/2011 | Aetna | PPO | NY | A | Y | 9:23 PM | 5 | Chase, LPN | 72148 | MRI Lumbar spine w/o contrast | Evaluate pt for radiculopathy approve |
| 57 | 1028668374 | 7/5/2011 | 7/7/2011 | Oxford | Medicare | NJ | A | Y | 9:47 PM | 5 | Chase, LPN | 72197 | MRI Pelvis w & w/o contrast | Evaluate pt w/and pain and weight loss approve |
| 101 | 1028669480 | 7/5/2011 | 7/7/2011 | UHC | Medicare | TX | A | Y | 9:55 PM | 5 | Chase, LPN | 78452 | MPI Spect Rest/Stress multiple | Evaluate pt for CAD approve |