UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
UNITED STATES OF AMERICA *et al.*
*ex rel.* JOHN MILLER,

                      Plaintiffs,

                      v.

CARECORE NATIONAL, LLC *et al.*,

                      Defendants.

------------------------------------------------------------x

13-cv-1177 (RJS)
SEALED ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of an application from the government to continue the seal in the above-captioned matter pursuant to 31 U.S.C. § 3730(b)(3). That provision authorizes the Court, "for good cause shown," to grant an extension of the time during which a complaint filed under the False Claims Act may remain under seal.

In support of its application, the government submits an *ex parte* report regarding its continuing investigation to determine the extent of possible civil liability. However, the government's report is virtually identical, word for word, to the report it provided the Court on May 2, 2016. Without further detail from the government regarding the progress of its investigation, the Court is without basis to determine whether "good cause" truly exists to extend the seal in this action.

Accordingly, IT IS HEREBY ORDERED that the government shall resubmit its application to extend the seal in this matter no later than September 16, 2016. The government's report shall

set forth in detail the progress of its investigation in its revised report. IT IS FURTHER ORDERED that the seal in this matter is extended until September 16, 2016.

SO ORDERED.

Dated: September 9, 2016
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE